UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

PAMELA DILLARD,

                    Defendant.
-------------------------------------------------------------X

26 cr 51 (JGK)

**ORDER**

     Bail for the defendant, Pamela Dillard, who plead guilty to the information, today, is set as follows: a $10,000 unsecured personal recognizance bond; The defendant is subject to regular pretrial supervision. Travel is restricted to the Southern and Eastern Districts of New York and the district of New Jersey. The defendant shall surrender her passport and make no new travel applications. The defendant shall sign the bond and meet with Pretrial Services by February 12, 2026.

**SO ORDERED.**

_____
         **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 5, 2026