UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                26 cr 51 (JGK)

        -against-

                                                      **AMENDED ORDER**

PAMELA DILLARD,
                        Defendant.
------------------------------------------------------------------X

Bail for the defendant, Pamela Dillard, who plead guilty to the information on February 5, 2026, is set as follows:

A $10,000 unsecured personal recognizance bond. The defendant is subject to regular pretrial supervision. Travel is restricted to the Southern and Eastern Districts of New York and the District of New Jersey. The defendant shall surrender her passport and make no new travel applications. The defendant shall continue to seek employment. The defendant shall have no contact with alleged co-conspirators or victims outside the presence of counsel. The defendant shall refrain from access to non-public, personal identification information (PII) of others.

The defendant shall sign the bond and meet with Pretrial Services by February 12, 2026.

**SO ORDERED.**

                                        _____
                                               **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 6, 2026